IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SEWYN VINCENT BERNARD,
    Plaintiff,

vs.                                      CASE NO.: 4:05cv157/MMP/MD

DR. NINGYI HUANG,
    Defendant.

## REPORT AND RECOMMENDATION

    This cause is before the court upon referral from the clerk.  The case was assigned to the undersigned magistrate judge pursuant to a case reassignment.  Upon review, the plaintiff's initial complaint was found to be deficient and he was given an opportunity to correct the deficiencies (doc. 12).  Plaintiff filed an amended complaint (doc. 13) which was again found to be deficient.  On November 8, 2005, plaintiff was given another thirty (30) days in which to amend his complaint (doc. 16).  After receiving no response from plaintiff, an order to show cause issued giving plaintiff ten (10) days to show cause why the case should not be dismissed.   However, there has still been no response from plaintiff.

    Accordingly, it is respectfully RECOMMENDED:

    That this case be dismissed for failure to prosecute and failure to comply with an order of the court.

    At Pensacola, Florida, this 30th day of January, 2006.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings. <u>See</u> 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).